Erin Rose Ronstadt, SBN 028362
Kyle Shelton, SBN 027379
RONSTADT LAW, PLLC
PO Box 34145
Phoenix, AZ 85067
(602) 615-0050
(602) 761-4443 Fax
erin@ronstadtlaw.com
kyle@ronstadtlaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Megan F Hooker,<br><br>  Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company,<br><br>  Defendant. | No. CV-21-08203-PCT-SMM<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Megan F. Hooker hereby dismisses this action without prejudice. Defendant Hartford Life and Accident Insurance Company has not yet served an answer or other pleading as of today's date.

Dated November 10, 2021.

                                  RONSTADT LAW, PLLC

                                  By: *s/ Erin Rose Ronstadt*
                                         Erin Rose Ronstadt
                                         Kyle Shelton
                                         *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on November 10, 2021, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants and mailed a copy this same date to non-registrants:

Kristina N. Holmstrom
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Phone:602-778-3724
kristina.holmstrom@ogletree.com

*Attorneys for Defendant*

*s/ Merry Martin*