# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Megan Hooker, | No. CV-21-08203-PCT-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Hartford Life and Accident Insurance Company, | |
| Defendant. | |

This matter is before the Court on the Notice of Dismissal Without Prejudice (Doc. 10), filed by Plaintiff on November 10, 2021. Therefore,

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** this action is **dismissed without prejudice**.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action.

Dated this 10th day of November, 2021.

Honorable Stephen M. McNamee
Senior United States District Judge